**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| **EDGAR ALFREDO LEMA AREVALO,** | **Case No. 26–cv–10035–ESK** |
| Petitioner, | |
| v. | **OPINION AND ORDER** |
| **LUIS SOTO,** *et al.*, | |
| Respondents. | |

**THIS MATTER** is before the Court on petitioner Edgar Alfredo Lema Arevalo's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Petition) (ECF No. 1.)

1.  Petitioner is a citizen of Ecuador.   (ECF No. 1 ¶ 12.)   He entered the United States in 2019.   (*Id.* ¶ 13.)

2.  Petitioner was arrested in Hamilton, New Jersey on or about August 4, 2026 on simple assault charges.   (*Id.* ¶ 15.)   He was released on bond and taken into custody by Immigration and Customs Enforcement (ICE).   (*Id.*)

3.  Petitioner has been detained at the Delaney Hall Detention Facility since that time.   (*Id.* ¶ 16.)

4.  Under 28 U.S.C. § 2241(c), habeas relief may be extended to a prisoner only when he "is in custody in violation of the Constitution or laws or treaties of the United States."   28 U.S.C. § 2241(c)(3).   A federal court has jurisdiction over such a petition if the petitioner is "in custody" and the custody is allegedly "in violation of the Constitution or laws or treaties of the United States."   28 U.S.C. § 2241(c)(3); *Maleng v. Cook*, 490 U.S. 488, 490 (1989).

5.  Respondents submitted a letter on August 10, 2026 stating that petitioner is being detained pursuant to 8 U.S.C. § 1225(b)(2).   (ECF No. 4 p. 1.) They also provided a copy of petitioner's criminal history.   (ECF No. 4–1.)

6.  I conclude that petitioner is being unlawfully detained under § 1225 because petitioner was apprehended inside the United States after residing here for an extended period, and therefore he should have been detained under

§1226, which requires an opportunity to seek bond. *See Ayala Amaya v. Bondi*, No. 25–cv–16428, 2025 WL 3033880, at *2–3 (D.N.J. Oct. 30, 2025).

Accordingly,

**IT IS** on this   **12th** day of **August 2026**   **ORDERED** that:

1.   Petitioner's Petition is **GRANTED**. Respondents shall provide petitioner with an individualized bond hearing pursuant to 8 U.S.C. §1226(a) before an immigration judge within 7 days of this Order.   Respondents shall provide the immigration court a copy of this Opinion and Order prior to the hearing.

2.   Petitioner, or his counsel, shall have notice of the bond hearing, a reasonable opportunity to prepare, and be permitted to reschedule the hearing without seeking this Court's intervention.   The hearing may be rescheduled outside of the 7-day period at petitioner's request.

3.   The Clerk shall **CLOSE** this case.

*/s/ Edward S. Kiel*
**EDWARD S. KIEL**
**UNITED STATES DISTRICT JUDGE**